DISTRICT OF OREGON, ss:                AFFIDAVIT OF JASON T. BUELT

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Jason T. Buelt, being duly sworn, do hereby depose and state as follows:

### Introduction and Detective Background

1.      I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") and a Peace Officer in the State of Oregon. I am a Detective with the Beaverton Police Department and have been so employed as a Police Officer for over 26 years. I am currently assigned to the Westside Interagency Narcotics Team ("WIN") in Washington County, Oregon. I am authorized by law to conduct investigations and make arrests for felony offenses in violation of United States Code, Title 21. My duties include, but are not limited to, the investigation of crimes relating to the violation of the Uniform Controlled Substance Act and include dismantling/disrupting Drug Trafficking Organizations ("DTO's") and Money Laundering Organizations ("MLO's").

2.      My formal law enforcement training includes a Basic certification received from the Oregon Department of Public Safety Standards and Training ("DPSST"). I currently hold an Advanced Law Enforcement certification through "DPSST." I have over 5,200 training hours of additional training through the Beaverton Police Department. The training from "DPSST" and the Beaverton Police Department included, but was not limited to, narcotic investigations, testing of suspected controlled substances by scientifically accepted methods, and narcotic identification.

3.      I have received specialized training in narcotics investigations including narcotics identification, surveillance techniques, and handling and packaging of evidence. This training

AFFIDAVIT OF JASON T. BUELT                             Page 1

had been provided to me by "DPSST," the United States Drug Enforcement Administration

("DEA"), and in-service training through the Washington County Sheriff's Office. Included in

my training and experience, I have training specific to the identification and investigation of

persons involved in the use, sale, distribution, and manufacturing of controlled substances

including, but not limited, to methamphetamine, heroin, fentanyl, cocaine, MDMA, marijuana,

and other controlled substances.

   4.  I have been personally involved in numerous state and federal investigations and

arrests involving the violation of the Uniform Controlled Substance Act and violations of Title

21 U.S.C to include Title 21 USC 841(a)(1), Possession with Intent to Distribute Fentanyl and

Title 21 USC 846, Conspiracy to possess and distribute with intent to distribute Fentanyl. In

many of these investigations, suspected controlled substances were confiscated and tested, and

then a confirmatory test was performed by the Oregon State Crime Laboratory which confirmed

the identify of the controlled substance. These investigations have included the use of

confidential sources ("CS's"), sources of information ("SOI"), toll records, physical

surveillances, controlled purchases, buy busts, and the execution of search warrants. These

investigations have also included possession with intent to distribute, and distribution of

controlled substances. These investigations have resulted in numerous state and/or federal

prosecutions of individuals who have possessed, and or distributed controlled substances, as well

as the seizure of those illegal drugs and the proceeds from the sale of those illegal drugs.

   5.  I submit this affidavit in support of a criminal complaint and arrest warrant for:

AFFIDAVIT OF JASON T. BUELT             Page 2

- **Jose Antonio Sevilla,** date of birth xx/xx/1991, (hereinafter "**Sevilla**") for the crimes of possession with intent to distribute fentanyl and conspiracy to do the same, in violation of 21 U.S.C. § 841(a)(1), (b)(1) (B)(vi), and 846; and

- **German Jassiel Estrada-Sevilla,** date of birth xx/xx/2007, (hereinafter "**Estrada-Sevilla**") for the crimes of possession with intent to distribute fentanyl and conspiracy to do the same, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 846; and

- **Edvar Antonio Artiaga-Ramos,** date of birth xx/xx/2005, (hereinafter "**Artiaga-Ramos**") for the crime of possession with intent to distribute fentanyl and conspiracy to do the same, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 846.

6.     This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrants, and it does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. As set forth below, there is probable cause to believe, and I do believe, that **Sevilla**, **Estrada-Sevilla** and **Artiaga-Ramos** committed possession with intent to deliver fentanyl and conspiracy to do the same in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi); and 846.

/ / /

/ / /

AFFIDAVIT OF JASON T. BUELT                                                                 Page 3

**Applicable Law**

7.    Title 21 United States Code Sections 841 (a)(1), (b)(1)(B)(vi) and 846 makes it unlawful to possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl and to conspire to do so.

**Statement of Probable Cause**

8.    This affidavit is based on a joint investigation conducted by the Westside Interagency Narcotics Team (WIN) and the Federal Bureau of Investigations (FBI), hereinafter referred to collectively as "Investigators."

9.    In the second half of November 2025, investigators were engaged in an ongoing investigation into the delivery of fentanyl in the greater Portland Metro area. During the investigation, Investigators identified three vehicles associated with the operation. A white Audi with Washington license plate CUT1241 driven by the "dispatcher," later identified as **Estrada-Sevilla**, and two vehicles used by individuals delivering fentanyl: a silver Honda Civic with Washington temp license A7862884, and a silver Chevrolet Malibu with Washington license plate CTC9063, later observed being driven by **Artiaga-Ramos**.

10.    On 2/6/26, Investigators obtained a residential search warrant signed by the Honorable Jeffrey Auxier, Multnomah County Circuit Court Judge. The search warrant authorized the search of 13318 SE Raymond St. Apt 4, Portland, Multnomah County Oregon 97236 (hereinafter referred to as "**L-1**") and included all persons found, arriving, or departing from **L-1**.

11.    On 2/6/26 prior to the execution of the search warrant at **L-1**, Investigators conducting surveillance of **L-1** observed the silver Chevrolet Malibu with Washington license

AFFIDAVIT OF JASON T. BUELT                                                                 Page 4

plate CTC9063 arrive near **L-1**. Investigators observed **Artiaga-Ramos** exit the driver's seat. Investigators observed there was a Hispanic male passenger that exited the Chevrolet Malibu but couldn't identify him and did not see him again. Investigators next observed the white Audi with Washington license plate CUT1241 arrive near **L-1** and observed **Estrada-Sevilla** exit the driver's seat.

12.     **Artiaga-Ramos** was then observed meeting up with **Estrada-Sevilla** outside of the white Audi. **Artiaga-Ramos** was seen removing a white bag from his pants pocket and placing the item into the white Audi via the front driver's side door.

13.     Investigators later observed **Estrada-Sevilla** rummaging through the trunk of the white Audi and observed **Estrada-Sevilla** remove a vacuum cleaner from the trunk and carry it towards **L-1**. **Estrada-Sevilla** was later observed placing the vacuum cleaner back into the trunk of the white Audi.

14.     Prior to the search warrant being served at **L-1**, at about 5:59 pm, **Estrada-Sevilla** and **Artiaga-Ramos** left **L-1** together in the white Audi. Prior to their departure, **Estrada-Sevilla** was observed placing a backpack into the trunk of the white Audi before driving away.

15.     Following the departure of the Audi from **L-1**, OSP Troopers stopped the vehicle near SE 128th and SE Ramona and **Estrada-Sevilla** and **Artiaga-Ramos** were detained. Investigators then served the search warrant at **L-1** at about 6:30pm.

16.     As Investigators were entering **L-1**, they could see movement inside of a bathroom on the northeast side of **L-1**. Investigators eventually located **Sevilla** in a bedroom in the northeast corner of **L-1** (marked as "Room A"). Investigators also contacted a female, Adult

Witness 1 ("AW1") with her 7-month-old infant in a separate bedroom on the northwest side of **L-1**.

17.    Investigators located a small digital scale and a box of new unused sandwich bags in the northeast bedroom marked as "Room A."  Investigators found a zip lock bag containing a white crystal substance on top of the box of sandwich bags as well as a cellphone in the corner of "Room A" behind the bed.  The substance was consistent with methamphetamine and later tested positive for methamphetamine using TruNarc.  The net weight was 20.2grams:



18.    Investigators located 3 tied-off sandwich bags and 1 zip lock bag containing a white chunky powder substance inside of the toilet bowl in the bathroom located on the northeast side of **L-1** and right next to "Room A."  The bathroom was marked as "Room C."  The white chunky powder was consistent with powdered fentanyl and later tested positive for fentanyl using TruNarc.  The net weight was 68.3 grams:




19.    **Sevilla** was also found in possession of $1366 US currency which was found in his wallet on his person:



*Statements from AW1*

20.    AW1 stated that she rents "Room A" to **Sevilla** for $1500 a month and **Sevilla** pays rent in cash. AW1 verbally consented to a search of her vehicle and a detached shed on the property and provided the keys for access where nothing of evidentiary value was found.  AW1 said as the search warrant was being served, **Sevilla** was in the bathroom marked as "Room C" where the sandwich bags of fentanyl were found.  When investigators located **Sevilla** in the bathroom, they observed urine in the toilet bowl, and it hadn't been flushed.  AW1 also said that

AFFIDAVIT OF JASON T. BUELT                                                    Page 7

prior to the warrant being served, there was a male she didn't know at **L-1**.  AW1 was shown a photo of **Estrada-Sevilla** from the traffic stop and confirmed **Estrada-Sevilla** was the male that had been at **L-1**.

### *Statements from Sevilla*

21.    **Sevilla** was advised of his Miranda Rights in Spanish and said he understood his rights.  **Sevilla** identified his bedroom in **L-1** as "Room A."  **Sevilla** said about 20 minutes prior to the search warrant being served, his friend who drives a white Audi was at **L-1**.  Investigators showed **Sevilla** a photo of **Estrada-Sevilla** and **Sevilla** confirmed **Estrada-Sevilla** was the person who drives the white Audi.  **Sevilla** said **Estrada-Sevilla** rents rooms to him and AW1 at **L-1** and that **Estrada-Sevilla** lives in Seattle, Washington.

22.    **Sevilla** said he owns a silver Chevrolet Malibu which was parked on the street. **Sevilla** verbally consented to the search of his vehicle and said the keys would be in his bedroom next to a window.

23.    **Sevilla** told Investigators that **Estrada-Sevilla** saw police presence in the area, handed him the packages of fentanyl, and told him (**Sevilla**) to get rid of them.  **Sevilla** said **Estrada-Sevilla** then left **L-1** with only cash in his pocket.  **Sevilla** said there wouldn't be any drugs in **Estrada-Sevilla's** vehicle.

24.    **Sevilla** later said he has been living at **L-1** for about a week.  **Sevilla** said prior to living at **L-1**, he lived in Seattle, Washington for five years.  **Sevilla** admitted to selling fentanyl with **Estrada-Sevilla**.  **Sevilla** was asked if he was able to flush any powdered fentanyl down the toilet as the search warrant was being served and **Sevilla** said he wasn't.  **Sevilla** was also shown a photo of **Artiaga-Ramos** and confirmed the photo was the person he knew as **Artiaga-Ramos**.

AFFIDAVIT OF JASON T. BUELT                                                    Page 8

25.    **Sevilla** verbally consented to a search of both of his cellphones and provided investigators with the passcodes/patterns for both cellphones.  Investigators observed in one of the cellphones, text messages from suspected customers wanting to purchase controlled substances.  Investigators also observed a text message from a suspected customer who indicated that they had money that was owed to **Sevilla** and wanted **Sevilla** to pick up additional controlled substances if **Sevilla** hadn't yet left for Seattle.

26.    Investigators also searched the silver Chevrolet Malibu at **L-1** and found a couple of money remitter receipts.

27.    At the traffic stop of the white Audi with **Estrada-Sevilla** and **Artiaga-Ramos**, a narcotics K-9 was deployed around the white Audi and alerted to the presence of controlled substances inside the vehicle.

28.    Investigators searched the Audi and located a smaller, white, plastic type grocery bag in the center console that contained $2860 US Currency.  Part of the US currency was rubber-banded and had amounts written on each bundle and the remainder of the currency was loose, smaller denominations.  The white plastic bag was like the bag Investigators observed **Artiaga-Ramos** place into the white Audi via the driver's side door when he first arrived at **L-1**:



29.     Investigators also located a clear sandwich bag containing another $2534 in US currency in a backpack located in the trunk of the white Audi, consistent with the movements of **Estrada-Sevilla** observed by investigators before he departed **L-1**:



30.     Investigators located a gray colored Samsung cellphone plugged in, near the center console of the white Audi.  Investigators called the phone number they had used to order fentanyl during the course of the investigation, and the gray Samsung cellphone rang.

### *Statements from Estrada-Sevilla*

31.     **Estrada-Sevilla** only told Investigators that he lived in Aurora, Oregon, didn't know his address, and sometimes drove the white Audi.

### *Statements from Artiaga-Ramos*

32.     **Artiaga-Ramos** told Investigators that he and **Estrada-Sevilla** live in Seattle, Washington.  **Artiaga-Ramos** said he is dating and living with **Estrada-Sevilla's** sister. **Artiaga-Ramos** said he came down from Seattle, Washington earlier in the day to help **Estrada-Sevilla** with a court matter.  **Artiaga-Ramos** told investigators when he comes to Oregon with his girlfriend, he will stay at **L-1** in the third, unoccupied bedroom.

### *Additional Information*

33.     Using law enforcement databases, I found that **Sevilla** has prior arrests for unlawful distribution of cocaine and pending felony charges for unlawful manufacturing and distribution of controlled substances dating back to 2013 in Washington State.

34.     Using law enforcement databases, I found that **Artiaga-Ramos** has a prior felony-controlled substance arrest from Washington State in January of 2025.

35.     Using law enforcement databases, I found that **Estrada-Sevilla** has a prior felony controlled-substance arrest involving fentanyl and heroin from Portland, Oregon in November of 2025 that is a pending case in Multnomah County Circuit Court.

36.     I know that drug traffickers are regularly selling powdered fentanyl, a Schedule II controlled substance.  I have seen and been involved in the seizure of multiple pounds of powdered fentanyl and both field tests and forensic laboratory analysis conducted on samples of the powder have confirmed the presence of fentanyl within them.  I know a typical user of fentanyl will either buy powdered fentanyl or counterfeit M30 pills containing fentanyl that they will then burn it on a piece of tin foil and inhale the fumes.  Sometimes a user will simply inhale the powdered fentanyl or ingest the pills.  I know a gram of fentanyl powder typically sells for approximately $40 to $90 a gram.  Depending on their level of addiction, I know that a user of powdered fentanyl will use in quantities of less than 1/10 of a gram.  I know that dealers of powdered fentanyl will often buy fentanyl in larger quantities and then break off and sell it in smaller quantities of a gram or less.  I know that a person possessing the amounts of fentanyl powder described above does not possess the powder for personal use but rather such a quantity indicates that they are possessed for purposes of further distribution.

AFFIDAVIT OF JASON T. BUELT                                                              Page 11

## **Conclusion**

37.    Based on the foregoing, I have probable cause to believe, and I do believe, that

**Jose Antonio Sevilla**, **German Jassiel Estrada-Sevilla**, and **Edvar Antonio Artiaga-Ramos**

have committed the crimes of possession with intent to distribute fentanyl and conspiracy to do

the same, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 846. I therefore request that

the Court issue a criminal complaint and arrest warrant for **Sevilla**, **Estrada-Sevilla**, and

**Artiaga-Ramos**.

38.    Prior to being submitted to the Court, this affidavit, the accompanying complaint,

and the arrest warrant were all reviewed by Assistant United States Attorney Nicole Hermann.

AUSA Hermann advised me that in her opinion the affidavit and complaint are legally and

factually sufficient to establish probable cause to support the issuance of the requested criminal

complaint and arrest warrant.

_By phone pursuant to Fed R. Crim. P. 4.1_
Jason T. Buelt
Detective and FBI Task Force Officer
West Side Interagency Narcotics Team

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone at _____12:35_____ ✗m./p.m. on February 8, 2026.

_____
HONORABLE JOLIE A. RUSSO
UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT OF JASON T. BUELT                                    Page 12